# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UWE MANFRED HARTBRICH, | Case No. 2:16-cv-01866-APG-VCF |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO DISMISS** |
| ELAINE C. DUKE, ACTING SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | (ECF No. 15) |
| Defendants. | |

The defendants move to dismiss because the plaintiff has not exhausted his administrative remedies. ECF No. 15. Plaintiff Uwe Manfred Hartbrich did not respond. I therefore grant the motion as unopposed. LR 7-2(d).

IT IS THEREFORE ORDERED that the defendants' motion to dismiss **(ECF No. 15) is GRANTED**. The amended complaint is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 21st day of November, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE